Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000802
21-JUL-2026
08:01 AM
Dkt. 62 SO

NO. CAAP-24-0000802

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

VINCENZO MOLA, Plaintiff/Counterclaim Defendant-Appellee, v.
INDIRA LOPEZ-RUIZ, Defendant/Counterclaim Plaintiff-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-24-0006118)

SUMMARY DISPOSITION ORDER
(By: Leonard, Presiding Judge, McCullen and Guidry, JJ.)

Defendant/Counterclaim Plaintiff-Appellant Indira Lopez-Ruiz (**Lopez-Ruiz**), self-represented, appeals from the Judgment for Possession (**Judgment**) and Writ of Possession (**Writ**) entered on November 6, 2024, by the Honolulu Division of the District Court of the First Circuit (**District Court**).[1]

On appeal, Lopez-Ruiz fails to identify any points of error. It appears from the District Court minutes that the Judgment and Writ were entered after a bench trial.[2] No transcript of the proceedings was provided. Lopez-Ruiz does not challenge any factual findings, legal conclusions, or other rulings of the District Court. Lopez-Ruiz makes no discernible

---

[1] The Honorable Thomas A.K. Haia presided.

[2] The Honorable Michelle N. Comeau presided.

argument that the District Court erred in entering the Judgment and Writ.  Upon review, we conclude that there is no basis for appellate relief.

Accordingly, the District Court's November 6, 2024 Judgment and Writ are affirmed.

IT IS FURTHER ORDERED that Lopez-Ruiz's July 15, 2026 Motion for Retention of Oral Argument is denied.

DATED:  Honolulu, Hawaiʻi, July 21, 2026.

On the briefs:

Indira Lopez-Ruiz,
Defendant/Counterclaim
Plaintiff-Appellant,
self-represented

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge